

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2020

No. 04-20-00108-CR

Genene **JONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5730
Honorable Frank J. Castro, Judge Presiding

# O R D E R

On April 23, 2020, the clerk of this court notified Roxanne Pena that she is the court reporter responsible for timely filing a portion of the reporter's record in this appeal and that the reporter's record is late. The clerk explained that if the reporter's record has not been filed because (1) the appellant has failed to pay or make arrangements to pay the reporter's fee and (2) the appellant is not entitled to appeal without paying the fee, the court reporter must file a notification of late record stating such fact within ten days. Otherwise, the court reporter must file the reporter's record within thirty days.

The reporter's record was not filed, nor did the court reporter file a notification of late record. Accordingly, we **ORDER** court reporter Roxanne Pena to file the portion of the reporter's record for which she is responsible on or before **September 28, 2020.** If the reporter's record is not received by such date, an order may be issued directing Roxanne Pena to appear and show cause why she should not be held in contempt for failing to file the record.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court